UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-00858-KK-MARx** | Date: | March 20, 2026 |
|---|---|---|---|

Title:    ***G. S. v. Fereti Semaia et al.***

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order DISMISSING Petition for Writ of Habeas Corpus
[Dkt. 1]**

On March 3, 2026, the Court granted Petitioner's Ex Parte Application for a Temporary Restraining Order and ordered, among other things, Petitioner's immediate release from Respondents' custody.  ECF Docket No. ("Dkt.") 8 ("TRO Order").  The Court further ordered Respondents to show cause as to why a preliminary injunction should not be issued.  Id.

On March 4, 2026, Respondents filed a status report and Response indicating Petitioner was released from custody and requesting dismissal of Petitioner's Petition for Writ of Habeas Corpus. Dkt. 9, Response.  Petitioner's optional Reply was due on March 13, 2026.  See TRO Order at 11. To date, Petitioner has failed to file a Reply objecting to Respondents' request.

The Court construes Petitioner's failure to file a Reply to Respondents' Response as consent to dismissal.  See C.D. Cal. L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion.").  Accordingly, the Petition for Writ of Habeas Corpus is hereby **DISMISSED**.

**IT IS SO ORDERED.**  (JS-6)